# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:11MJ3030-1 |
| Plaintiff, ) | |
| ) | |
| vs. ) | DETENTION ORDER |
| ) | |
| JOSE ARAMBULA RUIZ, ) | COMPLAINT |
| ) | |
| Defendant. ) | |

    The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 5 (d)(3),

    IT IS ORDERED that the above-named defendant shall be detained pending further proceedings in this case.

June 9, 2011                BY THE COURT:

                                       *s/Cheryl R. Zwart*
                                       Cheryl R. Zwart
                                       United States Magistrate Judge